E-FILED
JUN 1 6 2020
Document #

UNITED STATES DISTRICT COURT *already closed*

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LODGE MANUFACTURING COMPANY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GIBSON OVERSEAS, INC.,<br><br>　　　　Defendant. | CASE NO. 2:18-cv-08085-PSG-GJS<br><br>Hon. Philip S. Gutierrez<br><br>[PROPOSED] ORDER ON JOINT STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. RULE 41(a)(1)(A)(ii) |
| GIBSON OVERSEAS, INC.,<br><br>　　　　Counterclaimant,<br><br>v.<br><br>LODGE MANUFACTURING COMPANY,<br><br>　　　　Counterclaim Defendant. | |

The Court hereby GRANTS the Parties' Stipulation of Dismissal. Case No. 2:18-cv-08085-PSG-GJS is hereby dismissed with prejudice in its entirety. Each party to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: 6/16/2020

_____
Hon. Philip S. Gutierrez
United States District Judge